Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 1187 | DATE | 6/14/2000 |
| CASE TITLE | YourNet Dating LLC vs. Scott Mitchell, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ■ Status hearing held.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter agreed order of permanent injunction. No bond is required for the entry of this agreed order of permanent injunction, and this Court's order of March 16, 2000 requiring a $1,000 bond for the entry of the preliminary injunction is hereby vacated.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | JUN 15 2000 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 13 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAP | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YourNet Dating, LLC, an Illinois limited liability company, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 00 C 1187 |
| Scott Mitchell and Webcapades, Inc., an Illinois corporation, | ) ) ) ) | Judge Leinenweber |
| Defendants. | ) | |

## AGREED ORDER OF PERMANENT INJUNCTION

**THIS MATTER HAVING COME TO BE HEARD** on the parties' June 7, 2000 Settlement Agreement, which is expressly incorporated into and made a part of this Order, and to which this Order is attached as an exhibit, proper notice having been served on all parties and this Court having jurisdiction over the parties and the subject matter of this lawsuit and being otherwise fully advised in the premises;

**IT HEREBY ORDERED AS FOLLOWS**:

1. Without any party waiving or admitting to any claims or defense asserted in this Lawsuit, Defendants Scott Mitchell and Webcapades, Inc., and anyone acting on their behalf, are permanently enjoined from:

   a. diverting or attempting to divert any user of YourNet Connection, Inc. or YourNet Dating to Sexetera or any other website;

b. accessing, attempting to access or utilizing any computer, computer code, program or services of YourNet Connection, Inc. or YourNet Dating; or

c. damaging or interfering with YourNet Dating's or YourNet Connection Inc.'s computers, programs or services or otherwise injuring the business or reputation of YourNet Connection, Inc. or Your Net Dating through the use of any computer or computer program.

2. No bond is required for the entry of this Agreed Order of Permanent Injunction, and this Court's Order of March 16, 2000 requiring a $1,000 bond for the entry of the Preliminary Injunction is hereby vacated.

Dated: June 7, 2000

ENTER:

_____  7/15/00
JUDGE HARRY D. LEINENWEBER
United States District Judge

Norman T. Finkel
William R. Klein
Young, Rosen, Finkel & Silbert, Ltd.
33 North LaSalle Street
Suite 2000
Chicago, IL 60602
(312) 782-2555

Alan R. Borlack
Bailey, Borlack, Nadelhoffer
 & Carroll
135 South LaSalle Street
Suite 3950
Chicago, IL 60603
(312) 629-2700

2